UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

THOMAS WILLIAM TATAR,

Defendant.

CR 24-40024

REDACTED FACTUAL BASIS
STATEMENT

The Defendant states the following facts are true, and the parties agree they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3).

My name is: Thomas William Tatar.

Between September 5, 2023 and October 1, 2023, in the District of South Dakota, I knowingly persuaded [Name Redacted], a minor female, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing and having reason to know that such visual depiction would be transported in interstate or foreign commerce or mailed, and such visual depiction would be produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer.

In September of 2023, is used my cellular phone to use the application Discord. Discord allows users to connect to each other's accounts through chat

4

messages, voice calls, and video transmissions. I created an account on Discord known as Diogenes#6738 with a screen name of "Cade."

On September 5 and 6, 2023, I was in South Dakota and used my Diogenes#6738 Discord account to chat online with a Discord user named [Name Redacted]. I knew [Name Redacted] was under 18 years of age. In fact, [Name Redacted] was 10 years old during our sessions on Discord and she told me she was 10 years old. I requested that [Name Redacted] use Discord to engage in a video camera session with me on my Discord account. [Name Redacted] complied with my request. During our video chat session, I asked [Name Redacted] to engage in sexually explicit conduct in view of the camera on her phone. I made video recordings of the video sessions I had with [Name Redacted] on Discord and saved them on my cell phone. The video files I created of [Name Redacted] were child pornography as defined in 18 U.S.C. § 2256(8), in that the files lasciviously display the pubic area of [Name Redacted], a minor female.

All of my actions were in violation of 18 U.S.C. §§ 2251(a) and 2251(e).

I further agree that I was previously convicted in 2013 in federal court for unlawfully using interstate facilities to transmit information to a minor in violation of 18 U.S.C. § 2425. In federal court in South Dakota, Central Division, CR 12-30181, I was sentenced to 5 years in custody. I understand this conviction enhances the penalty for the offense to which I am pleading guilty in this case.

5

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. Samsung cell phone, model SM-S515DL; and
2. SanDisk 128GB serial number 000000000011 seized from the Defendant.

The parties submit that the foregoing statement of facts is not intended to be a complete description of the offense or the Defendant's involvement in it. Instead, the statement is offered for the limited purpose of satisfying the requirements of Fed. R. Crim. P. 11(b)(3). The parties understand that additional information relevant to sentencing may be developed and attributed to the Defendant for sentencing purposes.

ALISON J. RAMSDELL
United States Attorney

9/9/2024

Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone:  (605)357-2351
Facsimile:   (605)330-4410
E-Mail: jeff.clapper@usdoj.gov

09/06/2024

Date

Thomas William Tatar
Defendant

9/6/24

Date

Ron J. Volesky
Attorney for Defendant

6